# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

UEP PENONOME II, S.A.

v.

GOLDWIND USA, INC.

Case Number: 17-cv-04856

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GOLDWIND USA, INC.

| | |
|---|---|
| NAME (Type or print)<br>Steven P. Blonder | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven P. Blonder | |
| FIRM<br>Much Shelist, P.C. | |
| STREET ADDRESS<br>191 N. Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6215773 | TELEPHONE NUMBER<br>312-521-2402 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐