UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

UEP Penonome II, S.A.
                              Plaintiff,

v.                                       Case No.: 1:17–cv–04856
                                                             Honorable Samuel Der–Yeghiayan

Goldwind USA, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2017:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 04/25/18 at 9:00 a.m. Defendant's motion for leave to file under seal [17] is denied. As stated on the record, Defendant's oral motion to stay is denied. Defendant to file its motion to dismiss by 09/12/17. Plaintiff's response shall be filed by 09/26/17 and Defendant's reply shall be filed by 10/10/17. The Court will issue its ruling by mail. All fact discovery to be completed by 01/31/18. Plaintiff's expert disclosure and report are to be served by 02/23/18. Defendant's expert disclosure and report are to be served by 03/23/18. All expert discovery to be noticed in time to be completed by 04/20/18. Dispositive motions are to be filed by 05/31/18. Responses to dispositive motions, if any, are to be filed by 06/22/18 and replies, if any, are to be filed by 07/20/18. Defendant's notice motion date of 09/06/17 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.