IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UEP PENONOME II, S.A., | |
| Plaintiff, | No. 17-CV-4856 |
| v. | Judge Samuel Der-Yeghiayan |
| | Magistrate Judge Daniel Martin |
| GOLDWIND USA, INC., | |
| Defendant. | |

**DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS COMPLAINT
OR, IN THE ALTERNATIVE, MOTION TO STAY LITIGATION**

Defendant Goldwind USA, Inc. ("Goldwind-USA"), through its attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the complaint, or in the alternative, stay this litigation pending the outcome of parallel arbitration proceedings, stating as follows:

1. UEP Penonome II, S.A. ("UEP II"), a Panamanian company, initiated this lawsuit seeking recovery against Goldwind USA, Inc. under the Illinois Consumer Fraud and Deceptive Business Practices Act (the "ICFA"), 815 ILCS 505/1 et seq., for allegedly failing to disclose alleged defects in wind turbine blades.

2. It is undisputed that the blades in question were manufactured in China, supplied to UEP II by Goldwind-USA's Hong Kong based parent company ("Goldwind-HK"), and installed by Goldwind-HK on UEP II's wind farm in Panama.

3. Although there is personal jurisdiction over Goldwind-USA in Illinois, the US subsidiary's principal place of business, it is clear from the face of the complaint that this dispute lacks the necessary connection to Illinois to justify allowing UEP II, a nonresident, to file a

private right of action under the ICFA's statutory framework, necessitating dismissal of UEP II's claims.

4. In the alternative, Goldwind-USA seeks a stay of this matter pending a parallel arbitration in which UEP II seeks recovery for the same loss—purported blade defects.

5. In further support of this motion, Goldwind-USA has contemporaneously filed a Memorandum of Law which is incorporated herein by reference.

WHEREFORE, Goldwind USA, Inc. respectfully requests that the Court enter an order *dismissing* this matter with prejudice or, in the alternative, *staying* the litigation pending the outcome in the underlying Arbitration between UEP Penonome II, S.A. and Goldwind International Holdings (HK) Limited and granting such additional relief that the Court deems necessary or proper.

Respectfully submitted,

GOLDWIND USA, INC.,

By: /s/Steven P. Blonder
One of Its Attorneys

Steven P. Blonder
Josh M. Leavitt
Marissa L. Downs
MUCH SHELIST, P.C.
191 N. Wacker, Suite 1800
Chicago, IL 60606
P: (312) 521-2000
F: (312) 521-2562
sblonder@muchshelist.com
jleavitt@muchshelist.com
mdowns@muchshelist.com

2

## **CERTIFICATE OF SERVICE**

      Steven P. Blonder, an attorney, certifies that on September 12, 2017, he caused the foregoing motion and corresponding memorandum of law to be electronically filed with the Clerk of the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Stuart Jay Chanen  
Valorem Law Group  
218 N. Jefferson Street, Suite 300  
Chicago, IL 60661  
(312) 676-5460  
stuart.chanen@valoremlaw.com  

Derek E. Leon  
Aaron Charles Brownell  
Laurie U. Mathews  
Alec H. Schultz  
Leon Cosgrove, LLC  
255 Alhambra Circle, Suite 800  
Coral Gables, FL 33134  
(305) 740-1975  
dleon@leoncosgrove.com  
abrownell@leoncosgrove.com  
lmathews@leoncosgrove.com  
aschultz@leoncosgrove.com  

                                                              /s/Steven P. Blonder